**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | | |
|---|---|---|
| VIOLA LAIRD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No.: 1:17-CV-1408 |
| v. | ) | (CMH/IDD) |
| | ) | |
| FAIRFAX COUNTY VIRGINIA, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR SUMMARY JUDGMENT

COMES NOW the Defendant Fairfax County Virginia, ("Fairfax" or "the County"), by counsel, and moves the court pursuant to Fed. R. Civ. P. 56(a) for summary judgment dismissal of all claims in this case for the reasons as argued in its Memorandum in support, on the grounds that plaintiff, Viola Laird, has failed to state claims for which relief may be granted for alleged "Discriminatory Constructive Demotion" or "Retaliatory Constructive Demotion," in violation of Title I of the Americans with Disabilities Act, 42 U.S.C. §§ 12101, *et seq.*

**FAIRFAX COUNTY VIRGINIA**

By Counsel

_____/s/_____
Julia B. Judkins, VSB No. 22597
Heather K. Bardot, VSB No. 37269
BANCROFT, McGAVIN, HORVATH & JUDKINS
9990 Fairfax Blvd., Suite 400
Fairfax, Virginia 22030
Telephone:     (703) 385-1000
Facsimile:      (703) 385-1555
jjudkins@bmhjlaw.com
hbardot@bmhjlaw.com
*Counsel for Defendant Fairfax County Virginia*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of October, 2018, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

> Ellen Renaud, Esquire
> 1101 15th Street, NW
> Suite 205
> Washington, D.C. 20005
> EKRenaud@swickandshapiro.com
> *Counsel for Plaintiff*

> _____
> /s/
> Julia B. Judkins, VSB No. 22597
> Bancroft, McGavin, Horvath & Judkins, P.C.
> 9990 Fairfax Blvd., Suite 400
> Fairfax, Virginia 22030
> (703) 385-1000 (telephone)
> (703) 385-1555 (facsimile)
> jjudkins@bmhjlaw.com
> *Counsel for Defendant Fairfax County Virginia*

2