FILED: November 16, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 18-2511
(1:17-cv-01408-CMH-IDD)
_____

VIOLA LAIRD

 Plaintiff - Appellant

v.

FAIRFAX COUNTY, VIRGINIA

 Defendant - Appellee

_____

M A N D A T E
_____

The judgment of this court, entered October 23, 2020, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*